**CSD 1161** [05/15/03]

Name, Address, Telephone No. & I.D. No.

Francisco J. Aldana (CSB # 216388)
THE ADVOCATES' LAW FIRM, LLP
600 B Street, Suite 2130
San Diego, California 92101-4512
Phone 619-236-8355
Toll Free & Facsimile 888-222-5864

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
SALAZAR, Eleazar
                                                      Debtor.

BANKRUPTCY NO. 3:10-bk-17456-MM13

U.S. Bank National Association, as Trustee for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2006-CB2, et. al
                                                  Moving Party

RS NO. RVP-1

Eleazar Salazar, Debtor, David L. Skelton, Chapter Trustee,
                                                  Respondent(s)

Hearing Date: November 23, 2010
Hearing Time: 10:00 a.m.

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**
☑ **REAL PROPERTY**    ☐ **PERSONAL PROPERTY**

Respondent in the above-captioned matter moves this Court for an Order denying relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter  ☐ 7  ☐ 11  ☐ 12  ☑ 13  was filed on <u>September 30, 2010</u>.

2. Procedural Status:
   a. ☑ Name of Trustee Appointed *(if any)*: David L. Skelton
   
   b. ☐ Name of Attorney of Record for Trustee *(if any)*:
   
   c. ☐ *Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on:_____.
      If applicable, the prior case was dismissed on: _____.
   
   d. ☐ *(If Chapter 13 case)*: Chapter 13 Plan was confirmed on _____ or a confirmation hearing is set for _____.

3. *Number of unsecured creditors  <u>6</u>  . Amount of unsecured debt $<u>51,817.04</u>                         .

4. *Last operating report filed:_____

5. *Disclosure statement: Filed? (yes/no)_____. Approved? (yes/no) _____.
   If yes, date of plan confirmation hearing:_____

_____

**\***Only required if respondent is the debtor.

**CSD 1161**

Respondent alleges the following in opposition to the Motion:

1. ☐ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:

   1268 Emerald Way, Calexico, County of Imperial, State of California, 92231

   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):

   Single Family Residences

   c. Legal description of property is attached as Exhibit A.

   d. **Fair market value of property: $ 220,500.00 .

   e. **Nature of Respondent's interest in the property: Fee Simple

2. ☐ The following personal property is the subject of this Motion *(describe property)*:

   a. **Fair market value of property: $_____.

   b. **Nature of Respondent's interest in the property:

3. Status of Movant's loan:
   a. Balance owing on date of Order for Relief:     $         332,263.00
   b. Amount of monthly payment:                     $           1,116.06
   c. Date of last payment:                          December 2009
   d. If real property,
      (1) Date of default:                           unknown
      (2) Notice of Default recorded on:             May 7, 2009
      (3) Notice of Sale published on:               unknown
      (4) Foreclosure sale currently scheduled for:  Sold on 12/7/2009
   e. If personal property,
      (1) Pre-petition default:    $_____       No. of months:_____
      (2) Post-petition default:   $_____       No. of months:_____

4. *(If Chapter 13 Case, state the following:)*
   a. Date of post-petition default:                 n/a
   b. Amount of post-petition default:               $_____

5. Encumbrances:
   a. Voluntary encumbrances on the property:

| Lender Name | Principal Balance | Pre-Petition Arrearages Total Amount - # of Months | | Post-Petition Arrearages Total Amount - # of Months | |
|---|---|---|---|---|---|
| 1st: C-Bass Mortgage | 332,263.00 | 11,160.60 | 10 | | |
| 2nd: | | Amount entered but Debtor uncertain. | | | |
| 3rd: | | | | | |
| 4th: | | | | | |
| Totals for all Liens: | $ 332,263.00 | $ 11,160.60 | | $ 0.00 | |

---

**Separately filed Declaration required by Local Bankruptcy Rule 4001-4.

CSD 1161

    b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens):
        ☐ See attached page, if necessary.

6. Relief from the automatic stay should not be granted because:
   a. ☐ Movant's interest in the property described above is adequately protected.
   b. ☐ Debtor has equity in the property described above and such property is necessary to an effective reorganization.
   c. ☐ The property is not "single asset real estate", as defined in 11 U.S.C. § 101(51B).
   d. ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and less than 90 days (or _____ days ordered by this court) have passed since entry of the order for relief in this case, or
      (1) the Debtor/Trustee has filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; or
      (2) the Debtor/Trustee has commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien) which payments are equal to interest at a current fair market rate on the value of each creditors' interest in the property.
   e. ☑ Other *(specifiy)*: ☑ See attached page.
   
   Movant: is not the Real Party in Interest, does not have standing, and acquired a void and fraudulently based Trustee's Deed; all assignments were made contrary to law, and the foreclosure was illegal.

When required, Respondent has filed a separate Declaration pursuant to Local Bankruptcy Rules 4001-4.

Respondent attaches the following:

1. ☑ Other relevant evidence:
   
   Exhibits attached to Memorandum.

2. ☑ *(Optional)* Memorandum of points and authorities upon which the responding party will rely.

WHEREFORE, Respondent prays that this Court issue an Order denying relief from the automatic stay.

Dated: November 15, 2010

            /s/ Francisco J. Aldana
            [Attorney for] Respondent

CSD 1161