# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

|   |   |   |   |
|---:|---|---|---|
| **Debtor:** | ELEAZAR SALAZAR | | |
| **Case Number:** | 10-17456-MM13 | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, APRIL 21, 2011 02:00 PM   DEPARTMENT 1 | | |
| **Bankruptcy Judge:** | MARGARET M. MANN | | |
| **Courtroom Clerk:** | SHAWNA DAHL | | |
| **Reporter / ECR:** | LYNETTE ALVES | | |

### *Matter:*

MOTION FOR RELIEF FROM STAY, RS #RVP-1  FILED BY U.S. BANK

### *Appearances:*

FRANCISCO J. ALDANA, ATTORNEY FOR ELEAZAR SALAZAR
ROSHNI PATEL, ATTORNEY FOR U.S. BANK
MATTHEW E. PODMENIK, ATTORNEY FOR U.S. BANK

### *Disposition:*

Continued to 5/19/11 at 3:00 p.m. to address adequate protection issues

Order (due by 4/22/11, per Amended Memorandum Decision) to be submitted by:  Aldana

Declarations re: adequate protection payments to be filed by 5/5/11