CSD 1001A [11/15/04]

Name, Address, Telephone No. & I.D. No.

Francisco J. Aldana (CSB # 216388)
THE ADVOCATES' LAW FIRM, LLP
600 B Street, Suite 2130
San Diego, California 92101-4512
Phone 619-236-8355
Facsimile 888-222-5864

Order Entered on
September 13, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Eleazar Salazar

Debtor.

BANKRUPTCY NO. 10-17456-MM13

Date of Hearing:
Time of Hearing:
Name of Judge: Margaret Mann

# ORDER ON

## EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __1__ pages, is granted. Motion/Application Docket Entry No. __93__

//
//
//
//
//
//

SEE COURT NOTE ON SECOND PAGE

DATED: September 12, 2011

**DENIED**

/s/ Margaret M. Mann

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

The Advocates' Law Firm, LLP
(Firm name)

By: /s/ Francisco J. Aldana
    Attorney for  ☑ Movant   ☐ Respondent

CSD 1001A

Case 10-17456-MM13    Filed 09/12/11    Entered 09/13/11 12:14:30    Doc 96    Pg. 2 of 2

`CSD 1001A` [11/15/04] **(Page 2)**
ORDER ON  EMERGENCY MOTION FOR PRELIMINARY INJUNCTION
DEBTOR: Eleazar Salazar                                                CASE NO: 10-17456-MM13

Application having been made by Debtor ELEAZAR SALAZAR,

IT IS ORDERED that:

[ ] Immediate injunctive relief be granted against US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE C-BASS MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-CB2, ITS ASSIGNEES AND/OR SUCCESSORS from from engaging in or performing any act to deprive Eleazar Salazar of his residence in and possession of the real property located at 1268 Emerald Way, Calexico, California 92231, including but not limited, breaking in, changing locks, or from otherwise taking any steps whatsoever to deprive Debtor Eleazar Salazar of his residence in and possession of the property or to impair or degrade the value of the property;

[ ] Immediate injunctive relief be granted against MIKE WHITE CONSTRUCTION CO. from from engaging in or performing any act to deprive Eleazar Salazar of his residence in and possession of the real property located at 1268 Emerald Way, Calexico, California 92231, including but not limited, breaking in, changing locks, or from otherwise taking any steps whatsoever to deprive Debtor Eleazar Salazar of his residence in and possession of the property or to impair or degrade the value of the property;

[ ] This Court certifies that there is an Automatic Bankruptcy Stay in full effect and that any violation of the stay can be referred to law enforcement authorities for immediate resolution including, and not limited to, prosecution of the appropriate criminal violations.

COURT NOTE: The Court denies the ex parte motion for a temporary restraining order since the automatic stay is in effect, and no further injunction is necessary.  A temporary restraining order also requires that the Debtor commence a separate adversary proceeding.  This ruling is without prejudice to any motion by the Debtor brought on regular notice for damages for the violation of the automatic stay by U.S. Bank.

`CSD 1001A`

*Signed by Judge Margaret M. Mann September 12, 2011*